# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

January 5, 2026

Via ECF

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York

**Re:** *Stason Sutton v. 35 West 45th Street Associates, LLC and Manhattan Gourmet Market Inc.*

**Docket No. 1:25-cv-02185 (PAE) (SN)**

Dear Judge Engelmayer:

We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline to make an application to restore this action by an additional 30 days. The reason for this application is because the parties require the additional time to execute the settlement agreement and fulfill the condition precedent to filing a stipulation of dismissal. This is the first application to extend this deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: January 6, 2026
New York, New York